# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>Plaintiff,<br><br>v.<br><br>GAZEBO GARDENS, INC., et al.,<br><br>Defendants. | Case No. 1:23-cv-01390-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 13)<br><br>**DEADLINE: MARCH 7, 2024** |

This action was filed on September 22, 2023.  (ECF No. 1.)  On February 15, 2024, Plaintiff filed a notice of settlement of the entire action.  (ECF No. 13.)  Plaintiff requests until March 7, 2024 to file dispositional documents.  Given the requested date is within twenty-one (21) days from the date of Plaintiff's notice of settlement, the Court finds good cause to set the deadline as requested.  See L.R. 160(b).

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and
2. The parties shall file dispositional documents on or before **March 7, 2024**.

IT IS SO ORDERED.

Dated:   **February 15, 2024**

UNITED STATES MAGISTRATE JUDGE

1